UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Justin Viveiros</u>**
    Plaintiff

v.                    Civil Action No. <u>1:21-cv-11156-FDS</u>

**<u>Resurgent Capital Services, L.P. et al</u>**
    Defendants

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Chief Judge F. Dennis Saylor, IV</u>

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                        By the Court,

<u>12/1/2021</u>                          <u>/S/ Caetlin McManus</u>
  Date                                 Docket Clerk